UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SYSTEM TECHNOLOGIES RESOURCES, INC., *et al.*, | * * * |
| Plaintiffs, | * * |
| v. | * Civil Action No. 16-30138-MGM * * |
| UNITED VISION SOLUTIONS, LLC, *et al.*, | * * |
| Defendants. | * |

MEMORANDUM AND ORDER RE: REPORT AND RECOMMENDATION
ON PLAINTIFFS' MOTION RENEWED MOTION FOR
DEFAULT JUDGMENT AGAINST DEFENDANTS
(Dkt. Nos. 78 and 83)

January 16, 2020

MASTROIANNI, U.S.D.J.

Plaintiffs System Technologies Resources, Inc. ("STR"), and Information Civilize Systems for Technologies – FZE (collectively, "Plaintiffs") allege they paid Defendant United Vision Solutions, LLC ("UVS") $1,006,000 pursuant to a contract for the purchase of custom camera systems and UVS breached the contract by failing to deliver functional camera systems. They filed this action against UVS and Khaled Shalaby, a member and manager of UVS, on August 4, 2016. (Dkt. No. 1.) Proof of service of summonses were filed with the court on August 30, 2016. (Dkt. Nos. 8-9.) Neither UVS nor Shalaby filed an answer or responsive pleading and, on September 19, 2016, the clerk entered a notice of default. (Dkt. No. 13.)

Nothing more occurred in the case until, on March 1, 2017, the court order Plaintiffs to file a status report, which they did. (Dkt. Nos. 15-16.) Later that month, Plaintiffs, with leave of the court, filed an amended complaint, adding claims against United Vision Security Systems, LLC ("UVSS"), which they allege is a sham entity related to the other defendants. (Dkt. No. 20.) On

April 4, 2017, Plaintiffs filed proof that summonses for UVS, UVVS, and Khaled Shalaby (collectively, "Defendants") had been served on Shalaby. (Dkt. Nos. 22-24.) Defendants did not file an answer or other responsive pleading and on April 28, 2017, the court again entered a notice of default. (Dkt. No. 28.) Plaintiffs filed a Motion for Default Judgment on November 16, 2017 and this court referred the motion to Magistrate Judge Robertson for a Report and Recommendation. (Dkt. No. 33.) Judge Robertson held a hearing and determined the court needed additional information before it could be certain it had subject matter jurisdiction based on the diversity of the parties. (Dkt. No. 43.) This court adopted the recommendation that Plaintiffs' Motion for Default Judgment be denied without prejudice until Plaintiffs could provide the necessary information. (Dkt. No. 47.)

Thereafter, Plaintiffs encountered considerable difficulties deposing Khaled Shalaby and his wife, Joyce Shalaby (collectively, the "Shalabys"). On January 23, 2019, when the Shalabys failed to appear for a show cause hearing, this court found them in civil contempt and issued warrants for their arrest so that they could be brought to the courthouse to be deposed. (Dkt. No. 68.) The court then allowed Plaintiffs' motion for $16,745 in attorney fees and costs related to the Plaintiffs' motion for contempt and sanctions. (Dkt. No. 72.) After deposing the Shalabys, Plaintiffs filed a renewed Motion for Default Judgment, which this court referred to Judge Robertson for a Report and Recommendation. (Dkt. Nos. 78, 82.) Judge Robertson has recommended the court grant the Motion for Default Judgment and enter judgment against Defendants in the amount of $2,012,000, with prejudgment interest at the state rate of 12% per annum on $1,006,000 through the date of judgment and, thereafter, postjudgment interest at the prevailing federal rate on the entire amount of $2,012,000. (Dkt. No. 83). With respect to Plaintiffs' request for attorney fees, Judge Robertson recommended the court permit Plaintiffs to supplement their request with more detailed information necessary for the court to determine the reasonableness of the request. (*Id.*) Objections

to the Report and Recommendation were due on December 5, 2019. No objections were filed, though on December 13, 2019, Plaintiffs filed an affidavit and exhibits to supplement their request for attorney fees.

The court has reviewed the Report and Recommendation, as well as Plaintiffs' original motion and the supplemental affidavit and exhibits related to attorney fees. Noting that no objections have been filed, the court, upon *de novo* review, hereby ADOPTS Judge Robertson's Report and Recommendation, permits Plaintiffs to supplement their request for attorney fees and costs, and grants their request for attorney fees and costs in the amount of $80,280.25 for attorney fees and $5,517.64 for costs. This amount includes the $16,745.81 for attorney fees and costs that the court previously granted.

The court, therefore, ALLOWS Plaintiffs' Motion for Default Judgment (Dkt. No. 11). The Clerk is ordered to enter a judgment for Plaintiffs in the amount of $2,012,000, plus prejudgment interest at 12% per annum on $1,006,000 through the date of judgment, postjudgment interest at the prevailing federal rate on $2,012,000, and $85,797.89 in attorney fees and costs. This case may now be closed.

It is So Ordered.

   /s/ Mark G. Mastroianni
MARK G. MASTROIANNI
United States District Judge